# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| GLADYS MAYIS GHRAIZI ) | CASE NO. 10-85556-JB |
| a/k/a MARIS USEH ) | |
| a/k/a GLADYS CTHASSAN ) | |
| GHRAIZI, ) | |
| ) | |
| Debtor(s). ) | |
| ----------------- | ----------------- |
| ) | |
| U.S. BANK, N.A., ITS ) | CONTESTED MATTER |
| ASSIGNS AND/OR SUCCESSORS ) | |
| IN INTEREST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| GLADYS MAYIS GHRAIZI ) | |
| a/k/a MARIS USEH ) | |
| a/k/a GLADYS CTHASSAN ) | |
| GHRAIZI, and MARY IDA ) | |
| TOWNSON, as Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 6010 Yellowood Ct. College Park, GA 30349, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 06/07/2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence

foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that the Chapter 13 Trustee is authorized to suspend payments to Movant on Movant's existing arrearage Proof of Claim. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be remitted to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 20th day of June, 2011.

JOYCE BIHARY
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342
(404) 231-4567

HAVING SEEN AND NO OPPOSITION:

/s/Mary Ida Townson
Mary Ida Townson, Esq.
(GA Bar No. 76063)
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

**PARTIES TO BE SERVED**

Gladys Mayis Ghraizi
a/k/a Maris Useh
a/k/a Gladys Cthassan Ghraizi
6010 Yellowood Ct
College Park, Georgia 30349

E. L. Clark, Esquire
Clark & Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Mary Ida Townson, Esq.
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

Ronald A. Levine, Esq.
Barrett Daffin Frappier Levine & Block, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342